MICHAEL KOCAJ, Respondent, v. ANDRO STEFANIAK et al., Appellants.

(Argued March 20, 1929; decided April 16, 1929.)

*M. S. Ogonowski* for appellants.

*Leon L. Arthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.